☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re: **Debbie Denise Crowder**                               Case No.

Debtors:                                                       Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**   (1)  106 Young Road            (2)
                    Bolivar, TN 38008

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $  100.00 Monthly via Direct Pay

**1. THIS PLAN [Rule 3015.1 Notice]:**
   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]                                 ☐ YES   ☑ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION                                   ☐ YES   ☑ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].                               ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                 Monthly Plan Payment:
                    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
**None**            ongoing payment begins _____                       $
                    Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
**-NONE-**                                        Amount _____         $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:
**None**            ongoing payment begins _____                       $
                    Approximate arrearage: _____   Interest _____            $

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]     Value of Collateral:     Rate of Interest     Monthly Plan Payment:
**Bolivar Credit**                       500.00                   10.00                 $15.00
**World Finance**                        400.00                   10.00                 $10.00

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER
   SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral:     Rate of Interest     Monthly Plan Payment:
**-NONE-**                                                                              $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON
   CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY
   REASONABLE DISPOSAL OF COLLATERAL:**
**-NONE-**                                        Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**
                                         Amount:                  Rate of Interest     Monthly Plan Payment:
**-NONE-**                                                                              $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
*None*                    ☐ Not provided for    **OR**    ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$24,237.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*Rent One*:                                        ☐ Assumes    **OR**    ☑ Rejects.
*Progressive Leasing*: *Stove & Refrigerator.*     ☑ Assumes    **OR**    ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
*None*

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*                                              Date  *September 10, 2019*  .
C. Jerome Teel, Jr. 016310
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**           /al